UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ENVIRONMENTAL HEALTH TESTING, LLC,
doing business as National Registry of Food
Safety Professionals,

    Plaintiff,

v.                                                        Case No. 5:11-cv-121-Oc-10TBS

LAKE COUNTY SCHOOL BOARD,
JEFFREY ROTZ,

    Defendants.
_____

## ORDER

Pending before the Court is Plaintiff's Motion to Extend Time Under Local Rule 3.01, to File Memorandum in Opposition to Motion to Strike Affidavit of Larry Lynch (Doc. 48). Plaintiff seeks leave to file its response to Defendant's motion to strike (Doc. 47) out of time due to a calendaring error. Defendant has no objection.

Upon due consideration, Plaintiff's Motion to Extend Time Under Local Rule 3.01, to File Memorandum in Opposition to Motion to Strike Affidavit of Larry Lynch (Doc. 48) is GRANTED. Plaintiff's response which is attached to the motion shall stand as filed.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 19, 2012.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel