**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**ENVIRONMENTAL HEALTH TESTING, LLC,**

    **Plaintiff,**

v.                                                            Case No:5:11-CV-121-Oc-10PRL

**LAKE COUNTY SCHOOL BOARD and
JEFFREY ROTZ**

    **Defendants.**
_____/

**ORDER**

Pending before the Court is Defendant Lake County School Board's Motion To Compel Production/Response to Notice of Taking Deposition Duces Tecum (Doc. 51) to which Plaintiff, Environmental Health Testing, LLC has filed a response in opposition. (Doc. 52).

In this action, Plaintiff has sued Lake County School Board ("School Board") and its former employee, Jeffrey Rotz, alleging copyright infringement arising from Rotz's copying and dissemination of Plaintiff's copyrighted food safety certification testing materials. Plaintiff contends that due to Rotz's actions, over 400 questions were compromised, that, in turn, resulted in approximately 76 test forms being compromised. Plaintiff seeks damages "associated with the cost of replacing test questions which were tainted by Rotz's action and the increased cost of maintaining its consultant services with Professional Testing, Inc. in light of the damage to the test bank caused by Rotz." (Doc. 55 at 2).

Plaintiff retains Professional Testing, Inc. ("PTI") to undertake the development of its food safety certification questions and test forms. Cynthia Woodley, Ph.D., who is employed by PTI, leads that work. Dr. Woodley has been designated as fact and expert witness by Plaintiff. (Doc. 55-1).

On March 7, 2012, the School Board served its Notice of Taking Deposition Duces Tecum of Dr. Woodley. (Doc. 51-1). Exhibit A to The Notice included nineteen categories of documents for Dr. Woodley to produce at the deposition. At issue here are past and presently-used tests and questions provided by PTI to Plaintiff for the food safety manager certification test. After some dispute, counsel agreed that the School Board could inspect such tests and questions at the offices of PTI. However, the School Board was only shown the list of test questions that were allegedly "compromised" by Rotz. The School Board contends that it is critical to its defense that it be allowed to also review the past and presently-used questions and tests provided by PTI to Plaintiff, because only then can the School Board compare the similarities and differences between the questions allegedly "compromised" by Rotz and the questions that are still being used or were recently used by Plaintiff. According to the School Board, if there are distinct similarities between the non-compromised and compromised questions, it will undercut Plaintiff's claim for damages.

The School Board specifically asks the Court to grant the motion to compel and require Plaintiff and Dr. Woodley to "produce the computer programs or copies of any of the test forms, test questions or tests that witness Woodley and/or her employer PTI and/or Plaintiff [ ] prepared for or used for the Food Safety Managers Certification Tests

since 2009." The School Board confirms that this includes non-compromised questions and test forms.

While these documents may be discoverable, the School Board seeks to compel their production through Dr. Woodley's Notice of Taking Deposition Duces Tecum. On its face, Exhibit A does not expressly request the production of the non-compromised questions and test forms. Moreover, Dr. Woodley was specifically asked at deposition if there was anything on Exhibit A that was in her custody or control that she did not bring to the deposition, to which she testified "No." (Doc. 52, p. 103). Then, when asked whether there were any documents other than what she brought with her to deposition that she reviewed, referred to, or relied upon in arriving at her opinions, she again testified "No." (Doc. 52, p.103).

Because Dr. Woodley's Notice of Taking Deposition Duces Tecum provides no basis for the Court to compel production of the "non-compromised" questions and test forms, Defendant Lake County School Board's Motion To Compel Production/Response to Notice of Taking Deposition Duces Tecum (Doc. 51) is **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on August 17, 2012.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties